## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Deaundrey Clayton
N.P.D.C.
299 Edwina Drive
Natchitoches La 71457

**REHEARING ACTION: December 14, 2016**

**Docket Number: 16   00567-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DEAUNDREY CLAYTON**

**Writ Application from Natchitoches Parish Case No. 16594**

**BEFORE JUDGES:**

    **Hon. James T. Genovese**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Deaundrey Clayton** is:

    **REHEARING DENIED.**  *See* Uniform Rules – Courts of Appeal, Rules
    2-18.2 and 2-18.7

cc: Van Hardin Kyzar, Counsel for  the Respondent